**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCOTT B. MERRIMAN**,<br><br>    Plaintiff,<br><br>    vs.<br><br>**OFFICER JAKOB NEUMAN, SGT. GARY SORIA, AND STATE OF CALIFORNIA HIGHWAY PATROL**,<br><br>    Defendants. | Case No.: 14-CV-4130 YGR<br><br>**ORDER TO PROVIDE SERVICE INFORMATION** |

Pro se Plaintiff Scott B. Merriman filed the present lawsuit on September 12, 2014, which was initially assigned to Magistrate Judge Nandor J. Vadas. The Clerk of the Court served two notices on Merriman requesting that he state his consent or declination to proceed before a magistrate judge. Merriman filed no response. Thereafter, on January 6, 2015, Magistrate Judge Vadas granted Merriman's request to proceed *in forma pauperis,* order the United States Marshal to serve defendants with the summons and complaint, and the requested the Clerk of the Court to reassign the matter to an Article III judge. (Dkt. No. 7.) That same date, the Clerk also sent a request to Merriman to provide the addresses of the defendants so as to ensure proper service of the summons and complaint. (Dkt. No. 8.)

It is the responsibility of the plaintiff to provide sufficient information to ensure prosecution of his action. To date, Merriman has not responded, provided the addresses of each of the defendants for service, or filed any other documents in the instant matter. The Court therefore **ORDERS** that:

Merriman shall file, no later than **May 15, 2015**, either: (1) a statement listing the names and addresses of the defendants to be served; or (2) a motion for additional time explaining the reasons why such information cannot be provided.

**Should Merriman fail to comply with this deadline, this action will be dismissed against all defendants without prejudice for failure to serve and prosecute.** Fed. R. Civ. P. 4(m).

The Court further notes that Plaintiff must keep the Court informed of any change of address and must comply with the Court's orders in a timely fashion. Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and the Court does not receive, within sixty days of such a return, any written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

**IT IS SO ORDERED**.

Date: April 28, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**