**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCOTT B. MERRIMAN**,<br><br>    Plaintiff,<br><br>    vs.<br><br>**OFFICER JAKOB NEUMAN, SGT. GARY SORIA, AND STATE OF CALIFORNIA HIGHWAY PATROL**,<br><br>    Defendants. | Case No.:  14-CV-4130 YGR<br><br>**ORDER GRANTING REQUEST FOR CONTINUANCE RE: AMENDED COMPLAINT AND SERVICE INFORMATION** |

This Court previously ordered pro se Plaintiff Scott B. Merriman to file: (1) a statement listing the names and addresses of the defendants to be served; or (2) a motion for additional time explaining the reasons why such information cannot be provided.  Merriman has filed a Request for Continuance and Emergency Declaration, requesting an additional 30 days to file an amended complaint.  The Court **GRANTS** Merriman's request for a continuance.

Plaintiff Scott B. Merriman is **ORDERED** to file any amended complaint no later than **June 26, 2015**.  Merriman is further **ORDERED** to provide the addresses for service of the named defendants.

**IT IS SO ORDERED**.

Date: May 26, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**