United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCOTT B. MERRIMAN,** | **Case No.: 14-CV-4130 YGR** |
| **Plaintiff,** | **ORDER VACATING HEARING ON DEFENDANT SORIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| **v.** | |
| **OFFICER JAKOB NEUMAN,** *et al.*, | **DKT. NO. 19** |
| **Defendants.** | |

Defendant Sgt. Gary Soria has filed a Motion to Dismiss First Amended Complaint. (Dkt. No. 19.) The Court has reviewed the papers filed in connection with the motion, opposition, and reply and finds this matter appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

Accordingly, the hearing set for **October 13, 2015,** is **VACATED** and no appearance is required. The Court will issue a written decision on the papers.

**IT IS SO ORDERED**.

Date: October 8, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**