**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCOTT B. MERRIMAN,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**OFFICER JAKOB NEUMAN,** *et al.***,**<br><br>    **Defendants.** | **Case No.: 14-CV-4130 YGR**<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO AMEND COMPLAINT**<br><br>**DKT. NO. 31** |

Plaintiff Scott B. Merriman has filed a motion for extension of time to amend his complaint. (Dkt. No. 31.) Good cause appearing, Merriman's motion is **GRANTED**. Merriman shall file his amended complaint no later than **December 18, 2015**.

The Court advises that Merriman may seek assistance at the Court's Legal Help Center. Phone appointments are available. The Legal Help Center's phone number is (415) 782-8982 and its website is http://cand.uscourts.gov/helpcentersf.

This terminates Docket No. 31.

**IT IS SO ORDERED**.

Date: November 10, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**