**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCOTT B. MERRIMAN,**<br><br>  Plaintiff,<br><br>  v.<br><br>**OFFICER JAKOB NEUMAN,** *et al.*,<br><br>  Defendants. | Case No.: 14-CV-4130 YGR<br><br>**ORDER CONTINUING HEARING; DIRECTING PLAINTIFF TO FILE OPPOSITION BY FEBRUARY 23, 2016** |

  Plaintiff Scott B. Merriman filed his amended complaint on December 23, 2015. (Dkt. No. 33.) Defendant Jakob Neuman filed and served his motion to dismiss the amended complaint on January 12, 2016. (Dkt. No. 34, 36.) Plaintiff's response to the motion to dismiss was due no later than January 29, 2016. (*See* N.D. Cal. Civil Local Rule 7-3(a) [opposition must be filed within 14 days, plus an additional 3 days for service by mail].) As of the date of this order, Plaintiff has not filed an opposition.

  The Court directs Plaintiff Scott B. Merriman to file his opposition to the motion to dismiss the amended complaint no later than **February 23, 2016**. Should Merriman fail to file an opposition timely, the motion to dismiss will be granted as unopposed and the action will be dismissed.

  Hearing on the motion to dismiss, currently set for February 23, 2016, is **CONTINUED** to **March 22, 2016,** at 2:00 p.m, Federal District Courthouse, 1301 Clay Street, Oakland. The Court will consider timely requests to appear by telephone for hearing on this motion.

  **IT IS SO ORDERED**.

Date: February 8, 2016

                _____
                **YVONNE GONZALEZ ROGERS**
                **UNITED STATES DISTRICT COURT JUDGE**