**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **SCOTT B. MERRIMAN,**<br>  **Plaintiff,**<br>  **v.**<br>**OFFICER JAKOB NEUMAN,** *et al.*,<br>  **Defendants.** | Case No.: 14-CV-4130 YGR<br><br>**ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT** |

Plaintiff Scott B. Merriman filed his amended complaint on December 23, 2015. (Dkt. No. 33.) Defendant Jakob Neuman filed and served his motion to dismiss the amended complaint on January 12, 2016. (Dkt. No. 34, 36.) Plaintiff's response to the motion to dismiss was due no later than January 29, 2016. (*See* N.D. Cal. Civil Local Rule 7-3(a) [opposition must be filed within 14 days, plus an additional 3 days for service by mail].)

On February 8, 2016, the Court issued its Order continuing the hearing on the motion and giving Plaintiff additional time to oppose the motion. (Dkt. No. 37.) The Court gave Plaintiff until February 23, 2016, to file his opposition and warned him that should he "fail to file an opposition timely, the motion to dismiss will be granted as unopposed and the action will be dismissed." (*Id*.)

As of this date, no opposition has been filed to the motion to dismiss. Based upon the grounds stated in the motion to dismiss, and in light of Plaintiff's failure to oppose the motion and failure to file a viable complaint despite previously being given leave to amend his complaint, the Court orders that the motion of Defendant Jakob Neuman to dismiss the amended complaint is **GRANTED WITHOUT LEAVE TO AMEND** and the action herein is **DISMISSED**.

**IT IS SO ORDERED**.

Date: March 9, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**